**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| J.P. MORGAN SECURITIES LLC, WAMU CAPITAL CORP., DAVID M. DUZYK, JOSEPH T. JURKOWSKI, LOUIS SCHIOPPO, JR., WILLIAM A. KING, THOMAS F. MARANO, MICHAEL B. NIERENBERG, JEFFREY L. VERSCHLEISER, DAVID BECK, DIANE NOVAK, SAMUEL L. MOLINARO, JR., MATTHEW E. PERKINS, JEFFREY MAYER, DEUTSCHE BANK SECURITIES INC., ANILESH AHUJA, MICHAEL COMMAROTO, RICHARD D'ALBERT, RICHARD FERGUSON, RBS SECURITIES INC., JOSEPH N. WALSH III, ROBERT J. MCGINNIS, CAROL P. MATHIS, JAMES M. ESPOSITO, CREDIT SUISSE SECURITIES (USA) LLC, JEFFREY A. ALTABEF, MERRILL LYNCH, PIERCE, FENNER & SMITH INC., BANC OF AMERICA SECURITIES LLC, GEORGE G. ELLISON AND MARK I. RYAN,<br><br>            Movants,<br><br>v.<br><br>THERESA INGE (f/k/a Theresa Nickerson),<br><br>            Respondent. | No. 4:14-mc-00597<br><br>(Captions for the underlying actions, pending in the United States District Court for the District of Massachusetts, are set forth below) |

**MOTION TO COMPEL
NON-PARTY THERESA INGE (F/K/A THERESA NICKERSON)
TO COMPLY WITH A PROPERLY SERVED DEPOSITION SUBPOENA**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>RESIDENTIAL FUNDING COMPANY, LLC (F/K/A RESIDENTIAL FUNDING CORPORATION), et al.,<br><br>Defendants. | Civil Action No. 3:11-30035-MGM |
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>DB STRUCTURED PRODUCTS, INC., et al.,<br><br>Defendants. | Civil Action No. 3:11-30039- MGM |
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>RBS FINANCIAL PRODUCTS INC. (F/K/A GREENWICH CAPITAL FINANCIAL PRODUCTS, INC.), et al.,<br><br>Defendants. | Civil Action No. 3:11-30044- MGM |

| | |
|---|---|
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br><br>        Plaintiff,<br><br>        v.<br><br>DLJ MORTGAGE CAPITAL, INC., et al.,<br><br>        Defendants. | Civil Action No. 3:11-30047- MGM |
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br><br>        Plaintiff,<br><br>        v.<br><br>CREDIT SUISSE FIRST BOSTON SECURITIES CORP., et al.,<br><br>        Defendants. | Civil Action No. 3:11-30048- MGM |
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br><br>        Plaintiff,<br><br>        v.<br><br>J.P. MORGAN SECURITIES LLC, et al.,<br><br>        Defendants. | Civil Action No. 3:11-30094- MGM |


| | |
|---|---|
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br><br>      Plaintiff,<br><br>      v.<br><br>GOLDMAN SACHS MORTGAGE COMPANY, et al.,<br><br>      Defendants. | Civil Action No. 3:11-30126- MGM |
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br><br>      Plaintiff,<br><br>      v.<br><br>IMPAC FUNDING CORP., et al.,<br><br>      Defendants. | Civil Action No. 3:11-30127- MGM |
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br><br>      Plaintiff,<br><br>      v.<br><br>COUNTRYWIDE FINANCIAL CORPORATION, et al.,<br><br>      Defendants. | Civil Action No. 3:11-30215- MGM |

| | |
|---|---|
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>  v.<br><br>MERRILL LYNCH, PIERCE, FENNER & SMITH INC., et al.,<br><br>    Defendants. | Civil Action No. 3:11-30285- MGM |

The undersigned Defendants in the ten underlying actions, which are pending in the U.S. District Court for the District of Massachusetts, respectfully move the Court, pursuant to Rule 37(a) of the Federal Rules of Civil Procedure, for an order compelling Theresa Inge (f/k/a Theresa Nickerson) to comply with the deposition subpoena that was properly served on her by Defendants on June 20, 2014.  Ms. Inge lives in O'Fallon, Missouri.

This Motion should be granted because, as explained more fully in the accompanying Memorandum of Law in Support of this Motion and the Declaration of Vanessa A. Lavely, Ms. Inge prematurely left her June 30, 2014 deposition, without seeking judicial relief, before Defendants had an opportunity to cross-examine her.  Defendants subsequently made numerous attempts to contact Ms. Inge to resume her deposition, but those efforts were unsuccessful.  Specifically, Defendants left Ms. Inge two telephone messages (on July 28, 2014 and August 4, 2014) and sent her a letter (on August 13, 2014), and a process server attempted unsuccessfully to serve her with a new deposition subpoena eleven times, between August 22 and August 27, 2014.  Defendants have not received any response from Ms. Inge.

Accordingly, Defendants seek an order compelling Ms. Inge to appear for the remaining three hours of her deposition and answer the questions asked on December 2, 2014, at noon Central time, at LifeWorks Business Center, 1001 Boardwalk Springs Place, O'Fallon, Missouri, or at such date, time and place as is ordered by the Court.

Massachusetts Mutual Life Insurance Company, Plaintiff in the underlying actions, does not oppose the requested relief.  A proposed order is also submitted herewith.

Dated:  October 24, 2014 Respectfully Submitted,

 */s/ Daniel Slifkin*
Daniel Slifkin
Michael A. Paskin
J. Wesley Earnhardt
CRAVATH, SWAINE & MOORE LLP
825 Eighth Avenue
New York, NY 10019
Telephone:  (212) 474-1000
Fax:  (212) 474-3700
dslifkin@cravath.com
mpaskin@cravath.com
wearnhardt@cravath.com

*Counsel for Movants J.P. Morgan Securities LLC, WaMu Capital Corp., David M. Duzyk, Joseph T. Jurkowski, Louis Schioppo, Jr., and William A. King*

Joel C. Haims
LaShann M. DeArcy
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone:  (212) 468-8000
Fax:  (212) 468-7900
jhaims@mofo.com
ldearcy@mofo.com

*Counsel for Movants Thomas F. Marano and Michael B. Nierenberg*

2

Dani R. James
Jade A. Burns
KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of the Americas
New York, New York 10036
Telephone:  (212) 715-9100
Fax:  (212) 715-8000
djames@kramerlevin.com
jburns@kramerlevin.com

*Counsel for Movant Jeffrey L. Verschleiser*

Theresa Trzaskoma
BRUNE & RICHARD LLP
One Battery Park Plaza
New York, NY  10004
Telephone  (212) 668-1900
Fax:  (212) 668-0315
ttrzaskoma@bruneandrichard.com

*Counsel for Movants David Beck and Diane Novak*

Pamela Rogers Chepiga
ALLEN & OVERY LLP
1221 Avenue of the Americas
New York, New York 10020
Telephone:  (212) 756-1125
pamela.chepiga@allenovery.com

*Counsel for Movant Samuel L. Molinaro, Jr.*

   */s/ Philip A. O'Connell, Jr.*
Philip A. O'Connell, Jr.
DENTONS US LLP
101 Federal Street, Suite 2750
Boston, Massachusetts 02110
Telephone:  (617) 235-6802
Fax:  (617) 235-6899
philip.oconnelljr@dentons.com

Of Counsel:

Sandra D. Hauser
DENTONS US LLP
1221 Avenue of the Americas
New York, New York 10020
Telephone:  (212) 768-6700
Fax:  (212) 768-6800
sandra.hauser@dentons.com

*Counsel for Movant Matthew E. Perkins*

   */s/ Michael Pastore*
Michael Pastore
GREENBERG TRAURIG, LLP
One International Place
Boston, MA 02110
Telephone:  (617) 310-6000
Fax:  (617) 310-6001
pastorem@gtlaw.com

Of Counsel:

Richard A. Edlin
Ronald D. Lefton
GREENBERG TRAURIG, LLP
200 Park Avenue
New York, New York 10166
Telephone:  (212) 801-9200
Fax:  (212) 801-6400
edlinr@gtlaw.com
leftonr@gtlaw.com

*Counsel for Movant Jeffrey Mayer*

4

   /s/ Thomas C. Rice
Thomas C. Rice (trice@stblaw.com)
David J. Woll (dwoll@stblaw.com)
Alan Turner (aturner@stblaw.com)
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, New York 10017
Telephone: 212-455-2000
Facsimile: 212-455-2502

*Counsel for Movants Deutsche Bank Securities Inc., Anilesh Ahuja, Michael Commaroto, Richard D'Albert, and Richard Ferguson*

*Counsel for Movants RBS Securities Inc., Joseph N. Walsh III, Robert J. McGinnis, Carol P. Mathis and James M. Esposito*

/s/ Julie A. North
Richard W. Clary
Julie A. North
Richard J. Stark
Michael T. Reynolds
Lauren Moskowitz
CRAVATH, SWAINE & MOORE LLP
825 Eighth Avenue
New York, New York 10019
Telephone:  (212) 474-1000
Fax:  (212) 474-3700
rclary@cravath.com
jnorth@cravath.com
rstark@cravath.com
mreynolds@cravath.com
lmoskowitz@cravath.com

*Counsel for Movants Credit Suisse Securities (USA) LLC and Jeffrey A. Altabef*

5

      /s/ Nolan J. Mitchell
Andrea J. Robinson
Nolan J. Mitchell
Bradley M. Baglien
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, MA 02109
Phone (617) 526-6000
Fax (617) 526-5000
andrea.robinson@wilmerhale.com
nolan.mitchell@wilmerhale.com
bradley.baglien@wilmerhale.com

*Counsel for Movant Merrill Lynch, Pierce, Fenner & Smith Inc.*

*Counsel for Movants Banc of America Securities LLC, George G. Ellison and Mark I. Ryan*

Daniel C. Zinman
H. Rowan Gaither
Matthew M. Riccardi
RICHARDS KIBBE & ORBE LLP
200 Liberty Street
New York, NY 10281
Telephone: (212) 530-1800
Fax: (212) 530-1801
dzinman@rkollp.com
rgaither@rkollp.com
mriccardi@rkollp.com

*Co-Counsel for Movants George G. Ellison and Mark I. Ryan*

6

## **CERTIFICATION OF SERVICE**

I hereby certify that copies of the foregoing Motion to Compel will be served upon the following by first-class mail and Federal Express on this 24th day of October, 2014:

Theresa Nickerson Inge
2024 Crimson Meadows Drive
O'Fallon, MO 63366

*Respondent*

I hereby further certify that copies of the foregoing will be served upon the following by first-class mail and electronic mail on this 24th day of October, 2014:

Molly Stephens, Esq.
Quinn Emanuel Urquhart & Sullivan, LLP
865 South Figueroa Street 10th Floor
Los Angeles, CA 90017

John J. Egan, Esq.
Egan, Flanagan & Cohen, PC
67 Market Street, PO Box 9035
Springfield, MA 01102-9035

*Counsel for Massachusetts Mutual Life Insurance Company*

                                          */s/ Daniel Slifkin*
                                          Daniel Slifkin