UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| J.P. MORGAN SECURITIES LLC, et al., | ) |
| | ) |
| Movants, | ) |
| | ) |
| vs. | ) Case No. 4:14MC597   HEA |
| | ) |
| THERESA INGE, | ) |
| | ) |
| Respondent. | ) |

## ORDER

**IT IS HEREBY ORDERED** that Movant is to notify the Court of the status of this matter within ten days of the date of this Order.

Dated this 22nd day of July, 2015.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE